# United States District Court
## Northern District of Illinois
### Eastern Division

DOCKETED
OCT 0 6 2003

Commodity Futures          **JUDGMENT IN A CIVIL CASE**

v.          Case Number: 03 C 4346

Michael Zelener

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion for preliminary injunction is denied, and the case is dismissed. Judgment is entered dismissing plaintiff's claims. AlaronFX's motion to dismiss. The restraining order entered on 6/24/03 is dissolved. For reasons also set forth on the order, the dissolution of these orders is stayed through 10/13/03 with respect to funds being held by AlaronFX and in the accounts of Markham and Amgine so that plaintiff may, if it wishes, seek a further stay from the Court of Appeals.

Michael W. Dobbins, Clerk of Court

Date: 10/3/2003          _____
                                          Olga Rouse, Deputy Clerk