# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT

*CERTIFIED COPY*
*FILED*
*OCT 2 8 2004*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

: June 30, 2004

RE: Honorable FRANK H. EASTERBROOK, Circuit Judge

Honorable MICHAEL S. KANNE, Circuit Judge

Honorable ILANA DIAMOND ROVNER, Circuit Judge

03-4245

*DOCKETED*
*OCT 2 9 2004*

ODITY FUTURES TRADING COMMISSION,
    Plaintiff - Appellant

AEL ZELENER, also known as MIKHAIL ZELENER, also known
ICHAEL - MARSHALL, AMGINE INCORPORATED, a Nevada
oration, formerly doing business as BRITISH CAPITAL
P, MARKHAM & COMPANY, a Nevada Corporation, doing
ness as BRITISH CAPITAL GROUP, et al.,
    Defendants - Appellees

al from the United States District Court for the
hern District of Illinois, Eastern Division
03 C 4346, Matthew F. Kennelly, Judge

    The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

51-110393)